**Reginald L. MCCOY, Plaintiff—Appellant,**

v.

**Mike ADAMS, Warden; et al., Defendants—Appellees.**

No. 01–55376.

D.C. No. CV–00–01324–SVW.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 15, 2002.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

## MEMORANDUM **

Federal prisoner Reginald L. McCoy appeals pro se the district court's judgment dismissing for failure to state a claim his civil rights action alleging that prison officials violated his Eighth Amendment rights and that he was wrongfully disciplined. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th

---

Cir.2000) (dismissals under 28 U.S.C. § 1915A); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order) (dismissals under 28 U.S.C. § 1915(e)), and we affirm.

The district court properly dismissed McCoy's claim alleging mental or emotional injury because he failed to allege that he suffered anything more than a de minimis physical injury. *See* 42 U.S.C. § 1997e(e); *Oliver v. Keller,* 289 F.3d 623, 627–29 (9th Cir.2002).

The district court properly dismissed McCoy's claim that he was wrongfully disciplined because a judgment in his favor would imply the invalidity of the deprivation of his good-time credits. *See Edwards v. Balisok,* 520 U.S. 641, 646, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997); *Martin v. Sias,* 88 F.3d 774, 775 (9th Cir.1996) (order).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.